# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00112-SKO PC<br><br>ORDER DENYING MOTION<br>FOR ENTRY OF DEFAULT<br><br>(Doc. 9) |

Plaintiff Norris Dajon Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2010. On February 3, 2011, Plaintiff filed a motion seeking the entry of default. Fed. R. Civ. P. 55(a).

Although Plaintiff states that he "filed" a summons on Defendants on December 16, 2010, there is no evidence in the record that Plaintiff legally effected service of process on Defendants, triggering their obligation to respond to his complaint.[1] Fed. R. Civ. P. 4(e). (Doc. 9.) Accordingly, Plaintiff's motion is HEREBY DENIED. Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

Dated: 　March 31, 2011　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] In this case, the United States Marshal will be directed to initiate service of process on Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). In a separate order issued concurrently with this order, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a claim. Thus, at this juncture, service is not yet appropriate.