# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER, | CASE NO. 1:10-cv-00112-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 13) |
| WARDEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Norris Dajon Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2010. On April 1, 2011, Plaintiff filed a motion entitled "Motion for Alternative Mandamus." Plaintiff seeks a ruling on his request for the entry of default, which was filed on February 3, 2011.

Plaintiff's request for entry of default was denied and his complaint was dismissed with leave to amend pursuant to the Court's orders dated March 31, 2011. Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **April 6, 2011**                              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE