# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00112-SKO PC<br><br>ORDER DENYING MOTION<br>FOR ENTRY OF DEFAULT<br><br>(Doc. 16) |

Plaintiff Norris Dajon Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2010. On May 12, 2011, Plaintiff filed his second motion seeking the entry of default. Fed. R. Civ. P. 55(a).

Plaintiff is directed to review the Court's order denying his first motion for entry of default, filed on April 1, 2011, and the first informational order, filed on January 25, 2010. Defendants have not been served with the summons and amended complaint, and therefore, they are not obligated to file any response.[1]

///
///
///
///
///

---

[1] Plaintiff's complaint was dismissed, with leave to amend, on April 1, 2011.  28 U.S.C. § 1915A. Plaintiff's amended complaint, filed on April 18, 2011, will be screened in due course.

1  Accordingly, Plaintiff's motion is HEREBY DENIED.  Fed. R. Civ. P. 55(a).  Plaintiff is
2 warned that any further baseless requests for the entry of default may lead to the imposition of
3 sanctions against him.

5 IT IS SO ORDERED.

6 **Dated:    May 16, 2011**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE