# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER, | CASE NO. 1:10-cv-00112-SKO PC |
| Plaintiff, | ORDER STRIKING DISCOVERY RESPONSE |
| v. | (Doc. 37) |
| WARDEN, et al., | |
| Defendants. | |
| _____/ | |

On September 13, 2012, Plaintiff Norris Dajon Miller, a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a response to Defendants' request for a recent x-ray.  The request was presumably made via a request for discovery, and neither discovery requests nor discovery responses should be filed with the Court unless there is a matter pending which requires their submission.

There are no discovery disputes pending before the Court; accordingly, Plaintiff's discovery response is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    October 9, 2012**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE