# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER, | CASE NO. 1:10-cv-00112-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS |
| v. | |
| WARDEN, et al., | (Doc. 41) |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff Norris Dajon Miller, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2010. On October 10, 2012, Defendants Huyck, Johnson, Lyon, Teater, and Moore filed a motion to dismiss for failure to exhaust the administrative remedies.[1] 42 U.S.C. § 1997e(a).

Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order.[2] Local Rule 230(l). **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: October 11, 2012          /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Moore was never located and served by the United States Marshal, but he has elected to waive service and appear voluntarily via the motion to dismiss.

[2] Although Plaintiff is no longer incarcerated, Local Rule 230(l) shall continue to apply to this action, in accordance with the Court's general practice.

1